396 A.2d 834

Irwin Rustproofing, Inc., Appellant, v. Hercules Service Corporation.

Argued October 24, 1978. John M. Means, for appellant; Gerald W. Weaver, for appellee.

Before VAN der VOORT, SPAETH and LIPEZ, JJ.

Judgment affirmed.

396 A.2d 835

Keto et ux. v. Cunningham, Appellant, et al.

Argued October 24, 1978. Ronald J. Bergman, for appellant; Charles E. Marker, for appellees.

Before VAN der VOORT, SPAETH and LIPEZ, JJ.

Order affirmed.